

John L. Corrigan, Auburn, WA, pro se.

Before: WALLACE, TROTT, and RYMER, Circuit Judges.

MEMORANDUM **

John Louis Corrigan appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action, without prejudice, for failure to pay the sanctions imposed in a prior case on the same matter. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's exercise of the power to dismiss. *See Hacopian v. U.S. Dep't of Labor,* 709 F.2d 1295, 1297 (9th Cir.1983), and we affirm.

■ The district court properly dismissed the action because Corrigan failed to prove that he paid the sanctions that were imposed in the prior action or show cause why his complaint should not be dismissed for failure to pay the sanctions. *See Hymes v. United States,* 993 F.2d 701, 702 (9th Cir.1993) (dismissing appellant's appeal for failure to pay sanctions previously imposed in a prior action involving the same parties and claims).

■ The district court did not abuse its discretion when it dismissed Corrigan's motions for recusal because "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion." *Pesnell v. Arsenault,* 543 F.3d 1038, 1044 (9th Cir.2008) (internal citation omitted).

**AFFIRMED.**

John LITTLE, Plaintiff–Appellant,

v.

Nikki BEHNER; et al., Defendants–Appellees.

No. 07–35441.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 14, 2009.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

court's summary judgment in favor of defendants in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Little failed to raise a genuine issue of material fact as to whether Behner acted with deliberate indifference in denying Little's requests for medication. *See id.* at 1057 (explaining that the subjective component of deliberate indifference focuses only on the prison official's mental state, and that a prison official acts with deliberate indifference only if he or she knows of and disregards a substantial risk of serious harm to the inmate).

**AFFIRMED.**

John Little, Everett, WA, pro se.

Rebecca E. Wendling, Esquire, Snohomish County Prosecuting Attorney's Office, Civil Division, Everett, WA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and RYMER, Circuit Judges.

MEMORANDUM **

John Little, a former Washington state inmate, appeals pro se from the district

**Hendrick W. HAYNES, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 07–35183.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provid-
ed by 9th Cir. R. 36–3.